Next case for argument is Coushel v. Sessions. Mr. Sager. Mr. Sager Good morning, your honors. Let me please the court and government counsel. Your honors, there's been a material change in the circumstances in this case I have to disclose to the court. As of this morning, I found out that my client is divorced from his spouse and his basis for relief is now moot. I'm sorry, he's divorced? He's divorced, your honor. Just found this house just recently. So I spoke with counsel about this. I think it's appropriate in our situation to voluntarily ask the court to dismiss the appeal as the form of relief. To do what, I'm sorry? To dismiss the appeal as a form of relief for which he's eligible or that we're arguing he's eligible for, he's no longer eligible for. If it were to be remanded, he would not be able to adjust his status because he's no longer married to the person through which he's trying to adjust. Thank you for your candor. I'm sorry, your honor. I have nothing. Thank you. Thank you very much. Do you have anything you want to say? Okay. Well, thank you very much. Next case.